# EXHIBIT A



RHULE_00020633