# EXHIBIT C

# Re: medical Cannabis and edibles -

| | |
|---|---|
| From: | ken@herbinartisans.com |
| To: | mbjdj-5399045474@sale.craigslist.org |
| Date: | Fri, 29 Jan 2016 02:04:59 -0800 |
| Attachments: | Unnamed Attachment (4 bytes); Unnamed Attachment (4 bytes); Unnamed Attachment (422 bytes) |

Hi,

I'm from Washington state and we process extracts, shatter, mmj vape juice, etc. in VERY high quality, and we're looking for a few discreet partners that are interested in moving some of the product?
If your interested, shoot me back a message. I'll attach a few pics of some shatter we've run recently and some vape pens.
Everything is closed loop extracted and fully vacuum oven purged.
1/2 pounds of shatter are $3100-$3300
1ML Prefilled Marijuana vape juice cartridges are $20 each, Prefilled with the oil.   minimum of 25 cartridge orders.
I can send you some samples if interested. Let me know. We're looking for long term partnerships and we can ship discretely.