# EXHIBIT D



RHULE_00331253



RHULE_00331255



RHULE_00331259