# Exhibit 1

Dear Judge Coughenour:

I sit in shame and remorse as I write this, trying to think of the best way to express how sorry I am for my actions.

What I did was selfish and wrong. Although I was first interested in marijuana's medical uses, it didn't take long for profit to become the priority. I tried to justify it all in my mind at the time, but the truth is that deep down I knew what I was doing was wrong. As I look back I see clearly that I disregarded the regulations instituted by Washington state, and federal law. I harmed legitimate businesses in Washington that followed state law, by taking their sales and customers away from them, their employees, and their families. I took taxes away from the community. I put my family and neighbors at risk. I could have made it easier for kids to get ahold of marijuana and ruin much of their youth or even the rest of their lives. I am so ashamed to even think about that. I have cousins, nieces, nephews, and even my own son that I would never want to be taken advantage of or influenced, and be offered marijuana at such a young age, or even at all. I am so sorry to all of them, and I carry the embarrassment and the responsibility with me daily.

What I feel the most ashamed of, however, is the conversations I had with the undercover agent, while trading bitcoin. As I listen back on the recordings, I am mortified. I am upset with myself for being so blinded, and ignorant. If this was a real criminal, and not an agent, I could have seriously been hurting people with my actions.

I am so sorry to all of those that look up to me, as a role model, a mentor, husband, brother, family, friend. I have let all of them down by my actions. I have to live now with the mistakes I have made, and will one day have to explain them to my son, niece, and nephews. I have caused irreparable harm to those around me, and to those I care the most about. I can't take it back. I can only continue forward, and teach those of the mistakes I made, in hopes they will not make them.

I am so sorry to my wife and son. I am so worried about her having to raise him alone. She has epilepsy, and if anything were to go wrong because of that, I will live with that guilt for the rest of my life.

I want to do whatever I can to make up for what I've done. I want to be as cooperative as I can with the government in wrapping up my case, so they can devote their resources to the other important work they do. If it would be helpful to them to meet with me and ask me questions about what I did, I am eager to do so.

With what I know now I can see that it was a good thing I was arrested and taken from the path I was on. Over the last two years, I have dedicated myself to Christ again, after having lost my way for many years, and hope that this will be a lasting testimony for my life. I have already started sharing this testimony with those at church, and I hope my life will be an example of the redeeming character of God.

Finally, I want to thank everyone who wrote support letters on my behalf. They have been there for me through my darkest hours. It is a debt that I will never be able to repay.

Thank you for taking the time to read this.
Sincerely,
Kenneth Warren Rhule