THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH WARREN RHULE,<br><br>    Defendant. | CASE NO. CR20-0105-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion (Dkt. No. 159) for an extension of time to respond to Defendant's motion for compassionate relief (Dkt. No. 155). The Government requests a fourteen day extension to allow sufficient time to determine whether counsel should be appointed and to obtain necessary documents from the Bureau of Prisons. (Dkt. No. 159.) Finding good cause, the Court EXTENDS the deadline for the Government to respond to Defendant's motion to March 23, 2023.

DATED this 6th day of March 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Samantha Spraker<br>
Deputy Clerk

MINUTE ORDER
CR20-0105-JCC
PAGE - 1