# EXHIBIT A

**skellenger bender**

PETER OFFENBECHER
POffenbecher@skellengerbender.com

March 8, 2023

<u>**VIA EMAIL**</u>

Krista Bush
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
Krista.Bush@usdoj.gov

      **RE:**    <u>O█ G██████</u>

Hello Krista:

We are in receipt of your letter dated January 24, 2023 addressed to M█. O█ G██████ regarding certain forfeiture proceedings.

Please allow this letter to confirm that our office does not represent M█. G██████ and we are not in contact with h██ and are not accepting service for h██.

All the best.

Sincerely,

SKELLENGER BENDER, P.S.

Peter Offenbecher